# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MELINDA RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-3414-CV-S-DW |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties stipulate (Doc. 8) that Count II of the petition should be dismissed, and that this diversity case should be remanded. Based on the stipulation, the Court hereby

GRANTS the motion to dismiss Count 2 of the complaint without prejudice (Doc. 9);

DENIES AS MOOT the motion to amend (Doc. 7);

GRANTS the motion to remand (Doc. 5); and

ORDERS that this case shall be remanded to the Circuit Court of Howell County.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: November 21, 2006